Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Kyle Farris

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE FARRIS,<br><br>            Plaintiff,<br><br>     v.<br><br>EQUIFAX, INC., et al.,<br><br>            Defendants. | Case No.: 5:17-cv-05418-LHK<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT FORD MOTOR CREDIT COMPANY LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Kyle Farris and defendant Ford Motor Credit Company LLC, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Ford Motor Credit Company LLC from this action upon finalization.

                                                                                **Sagaria Law, P.C.**

Dated:   December 11, 2017            By:        /s/ *Elliot Gale*
                                                                                Elliot Gale
                                                                                Attorneys for Plaintiff

//

|  |  |
|---|---|
|  | **Severson & Werson, APC** |
| Dated:   December 11, 2017 | By:   /s/ *Alisa A. Givental* |
|  | Alisa A. Givental |
|  | Attorneys for Defendant |
|  | Ford Motor Credit Company LLC |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Alisa A. Givental has concurred in this filing.

*/s/ Elliot Gale*