1  Scott Sagaria (State Bar No.217981)
   sjsagaria@sagarialaw.com
2  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
3  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 200
5  Roseville, California 95661
   Telephone: (408) 279-2288
6  Facsimile: (408) 279-2299

7  Attorneys for Plaintiff
   Kyle Farris

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| KYLE FARRIS, | Federal Case No.: 5:17-CV-05418-LHK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Kyle Farris and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

| | | |
|---|---|---|
|1| DATED: December 27, 2017 | Sagaria Law, P.C. |
|2| | By: _/s/ Elliot W. Gale_ |
|3| | Elliot W. Gale |
|4| | Attorneys for Plaintiff<br>Kyle Farris |
|5| | |
|6| DATED: December 27, 2017 | Nokes & Quinn |

By: _/s/ Thomas P. Quinn, Jr._
Thomas P. Quinn, Jr.
Attorneys for Defendant
Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: January 2, 2018

_Lucy H. Koh_
LUCY H. KOH
UNITED STATES DISTRICT JUDGE