Terri R. Brown, Esq.  (IN #26279-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| KYLE FARRIS,<br>         Plaintiff,<br><br>     vs.<br><br>EQUIFAX, INC.; TRANSUNION, LLC; FORD MOTOR CREDIT; and DOES 1 THROUGH 100 INCLUSIVE;<br>         Defendants. | CASE NO. 5:17-cv-05418-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC** |

Plaintiff Kyle Farris, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:17-CV-05418-LHK**

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Date:  12/27/17 | /s/ Joseph B. Angelo (w/consent) |

Scott J. Sagaria, Esq.
Elliott W. Gale, Esq.
Joseph B. Angelo, Esq.
Scott M. Johnson, Esq.
Sagaria Law, P.C.
3017 Douglas Boulevard, Suite 100
Roseville, CA  95661
Telephone:  408-279-2288
Fax:  408-279-2299
E-Mail:  sjsagaria@sagarialaw.com
             egale@sagarialaw.com
             jangelo@sagarialaw.com
             sjohnson@sagarialaw.com

*Counsel for Plaintiff Kyle Farris*

Date:  12/28/17        /s/ Terri R. Brown

Terri R. Brown, Esq.  (IN #26279-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:17-CV-05418-LHK**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Kyle Farris and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: January 2, 2018

*Lucy H. Koh*
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Elliot W. Gale, Esq.<br>egale@sagarialaw.com | Scott J. Sagaria, Esq.<br>sjsagaria@sagarialaw.com |
| Scott M. Johnson, Esq.<br>sjohnson@sagarialaw.com | Joseph B. Angelo, Esq.<br>jangelo@sagarialaw.com |
| Gurinder S. Grewal, Esq.<br>gsg@severson.com | Thomas P. Quinn, Jr., Esq.<br>tquinn@nokesquinn.com |
| David J. Streza, Esq.<br>dstreza@vmbllp.com | Terri R. Brown, Esq.<br>tbrown@schuckitlaw.com |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:17-CV-05418-LHK**